# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

132180

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD G. HAAER and DAWN L. RHODES,
    Plaintiffs-Appellants,

v

SC: 132180
COA: 260001
Ingham CC: 03-001767-CZ

VREBA-HOFF DAIRY DEVELOPMENT,
L.L.C., VREBA-HOFF HOLDINGS, L.L.C.,
VAN BAKEL EXPLOITATIEMIJ B. V., JOHN
VANDER HOFF, WILHELM VAN BAKEL, and
MENNO WAGLER,
    Defendants-Appellees.

_____/

    On order of the Court, the application for leave to appeal the August 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

s1120

_____
Clerk